**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: Charles Edward Wood II | § | Case No.: 20-50037P |
| Jennifer Lynn Hanna | § | Chapter 13 Proceeding |
| | § | |
| Debtors | § | Honorable Michael M. Parker |

## NOTICE OF PLAN MODIFICATION

COMES NOW, Mary K. Viegelahn, the Standing Chapter 13 Trustee for the Western District of Texas – San Antonio Division, and files this Notice of Plan Modification in accordance with Section 4.1 of the Debtors' Plan.

The Debtors' federal income tax return for the tax year ending 2021 reflects a refund of $9,973 that includes a Recovery Rebate Credit of $2,100. Pursuant to Section 4.1 of the confirmed plan, the Debtors have turned over to the Trustee $895 and retained the balance.

The Debtors' base amount of the plan will not increase as this plan currently pays a dividend of 100% but may reduce the term of the confirmed plan. Should the Plan be modified to pay in a dividend of less than 100%, then the base will be increased by the amount of this tax refund and the dividend may be increased accordingly.

Dated: May 25, 2022

Respectfully submitted,

/s/David W. Van Zyl
David W. Van Zyl P39875 (MI)
Staff Attorney for the Chapter 13 Trustee
dvanzyl@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216
(210) 824-1460 fax:(210) 824-1328

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:
Charles Edward Wood, II
Jennifer Lynn Hanna

CHAPTER 13

CASE NO.: 20-50037 P

**Debtors**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was served on the parties listed below by U. S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on **May 25, 2022.**

Debtor(s):
Charles Edward Wood, II
Jennifer Lynn Hanna
127 Bright Trail
San Antonio, TX 78253

UNITED STATES TRUSTEE
615 E. HOUSTON STREET, STE 533
SAN ANTONIO, TX. 78295-1539

UNITED STATES BANKRUPTCY COURT
615 E. HOUSTON RM 597
SAN ANTONIO, TX. 78205

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

MALAISE LAW FIRM
PO Box 460526
SAN ANTONIO, TX 78246

Attorney For Debtor(s)
VANHEMELRIJCK LAW OFFICES PC
2001 NW Military Hwy
Castle Hills, TX 78213

/s/ DAVID W. VAN ZYL

DAVID W. VAN ZYL