# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| IN RE: | CASE NO: 20-50037 |
|---|---|
| Charles Edward Wood, II  Jennifer Lynn Hanna | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**  Chapter: 13 |

On 12/17/2024, I did cause a copy of the following documents, described below,

Notice of Final Cure Mortgage Payment by Trustee

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/17/2024

/s/ Mary K. Viegelahn
Mary K. Viegelahn

Office of the Standing Chapter 13 Trustee
10500 Heritage Blvd., Suite 201
San Antonio, TX  78216
210 824 1460
cvasquez@sach13.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:

Charles Edward Wood, II
Jennifer Lynn Hanna

CASE NO: 20-50037

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 12/17/2024, a copy of the following documents, described below,

Notice of Final Cure Mortgage Payment by Trustee

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/17/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary K. Viegelahn
Office of the Standing Chapter 13 Trustee
10500 Heritage Blvd., Suite 201
San Antonio, TX  78216

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

DEBTOR

| CHARLES EDWARD WOOD, II<br>JENNIFER LYNN HANNA<br>127 BRIGHT TRAIL<br>SAN ANTONIO, TX 78253 | VANHEMELRIJCK LAW OFFICES PC<br>2001 NW MILITARY HWY<br>CASTLE HILLS, TX 78213 | NEWREZ MORTGAGE LLC<br>DBA SHELLPOINT MORTGAGE SERVICING<br>P O BOX 10826<br>GREENVILLE SC 29603 |

PADGETT LAW GROUP
546 SILICON DR SUITE 103
SOUTHLAKE TX 76092