UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | CASE NO: 20-50037 P |
|---|---|---|
| Charles Edward Wood, II | § | |
| Jennifer Lynn Hanna | § | CHAPTER 13 |
| | § | |
| Debtors | § | |

### TRUSTEE'S MOTION TO ENTER DISCHARGE

**AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED HEREIN WITHOUT FURTHER HEARING UNLESS A WRITTEN OBJECTION AND REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT WITHIN TWENTY-ONE (21) DAYS OF THE DATE THIS MOTION IS SERVED. ANY AND ALL OBJECTIONS TO THIS MOTION MUST BE SERVED UPON THE TRUSTEE AND ALL OTHER PARTIES IN INTEREST LISTED ON THE CERTIFICATE OF SERVICE INCLUDED AS PART OF THIS MOTION.**

Now COMES, Mary K. Viegelahn, Chapter 13 Trustee in the above captioned case, and files this Trustee's Motion to Enter Discharge. In support of this Motion, the Trustee would show the Court the following:

The Debtor(s) have made all payments called for under their Plan confirmed on April 07, 2020 unless otherwise ordered by the Court.

Wherefore, premises considered, the Trustee recommends to the Court that, after the period for objection has passed and there being no objections to this Motion, an Order granting Discharge be entered pursuant to 11 U.S.C. §1328.

Dated: 01/14/2025

*/s/ Mary K. Viegelahn*
MARY K. VIEGELAHN  P42327 (MI)
CHAPTER 13 TRUSTEE
mviegelahn@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-1328