**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 05, 2026**

_____

**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE : CHARLES EDWARD WOOD, II AND JENNIFER LYNN HANNA *DEBTORS* | CASE NO: 5: 20-50037 CHAPTER 13 |

(PROPOSED) ORDER GRANTING DEBTORS' MOTION TO REOPEN BANKRUPTCY FOR LIMITED PURPOSE OF ENFORCING THE DISCHARGE, ASSERTING VIOLATIONS OF THE CONFIRMED PLAN AND RELATED RELIEF

On the date below came to be considered the DEBTORS' MOTION TO REOPEN BANKRUPTCY FOR LIMITED PURPOSE OF ENFORCING THE DISCHARGE, ASSERTING VIOLATIONS OF THE CONFIRMED PLAN AND RELATED RELIEF filed by Charles Edward Wood, II and Jennifer Lynn Hanna and directed against NewRez LLC d/b/a Shellpoint Mortgage Servicing.

Upon consideration of the Motion, the case is reopened for the purposes to allow Movants to file an Adversary Complaint and for the Court to consider same.

Prepared by: Amy Beth Clark; Ciment Law Firm, PLLC; 221 Bella Katy Dr., Katy, Texas, 77494 at (210)294-9271 and amy@cimentlawfirm.com .

### ###

Proposed Order Granting DEBTORS' MOTION TO REOPEN BANKRUPTCY FOR LIMITED PURPOSE OF ENFORCING THE DISCHARGE, ASSERTING VIOLATIONS OF THE CONFIRMED PLAN AND RELATED RELIEF

1