*#72 Motion to Reopen Bankruptcy for Limited purpose of Enforcing the Discharge, asserting Violation of the Confirmed Plan and Related Relief filed by Amy Elizabeth Clark-Downing for Debtor's Jennifer Lynn Hanna and Charles Edward Wood II.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Charles Wood and Jennifer Hanna | Vs. | DISTRICT COURT<br>Western (**SAN ANTONIO**) |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br>**Amy Clark-Downing** | DEFENDANT'S ATTORNEY | DOCKET NUMBER<br>**20-50037 P-13** |
| | | TRIAL DATE(S)<br>**February 5, 2026** |
| PRESIDING JUDGE<br>**MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR<br>**Daniel Paez** | COURTROOM DEPUTY<br>**DEANNA CASTLEBERRY** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| W/1 | | 02/5/26 | ------- | ------- | **AMY CLARK-DOWNING** |

FILED
FEB 0 5 2026
U.S. BANKRUPTCY COURT
BY _____ DEPUTY