**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 05, 2026**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE : CHARLES EDWARD WOOD, II AND JENNIFER LYNN HANNA<br>*DEBTORS* | CASE NO: 5: 20-50037<br><br>CHAPTER 13 |

(PROPOSED) ORDER GRANTING DEBTORS' MOTION TO REOPEN BANKRUPTCY FOR LIMITED PURPOSE OF ENFORCING THE DISCHARGE, ASSERTING VIOLATIONS OF THE CONFIRMED PLAN AND RELATED RELIEF

_____

On the date below came to be considered the DEBTORS' MOTION TO REOPEN BANKRUPTCY FOR LIMITED PURPOSE OF ENFORCING THE DISCHARGE, ASSERTING VIOLATIONS OF THE CONFIRMED PLAN AND RELATED RELIEF filed by Charles Edward Wood, II and Jennifer Lynn Hanna and directed against NewRez LLC d/b/a Shellpoint Mortgage Servicing.

Upon consideration of the Motion, the case is reopened for the purposes to allow Movants to file an Adversary Complaint and for the Court to consider same.

Prepared by: Amy Beth Clark; Ciment Law Firm, PLLC; 221 Bella Katy Dr., Katy, Texas, 77494 at (210)294-9271 and amy@cimentlawfirm.com .

###

Proposed Order Granting DEBTORS' MOTION TO REOPEN BANKRUPTCY FOR LIMITED PURPOSE OF ENFORCING THE DISCHARGE, ASSERTING VIOLATIONS OF THE CONFIRMED PLAN AND RELATED RELIEF

1

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re:<br>Charles Edward Wood, II<br>Jennifer Lynn Hanna<br>    Debtors | Case No. 20-50037-mmp<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 05, 2026 | Form ID: pdfintp | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Charles Edward Wood, II, Jennifer Lynn Hanna, 127 Bright Trail, San Antonio, TX 78253-5282 |
| aty | + | J. Todd Malaise, Law Offices of J. Todd Malaise, 10500 Heritage Blvd, Suite 102, San Antonio, TX 78216-3616 |
| aty | + | J. Todd Malaise02, Malaise Law Firm, 909 NE Loop 410, Suite 300, San Antonio, TX 78209-1315 |
| aty | + | J. Todd Malaise03, Malaise Law Firm, 909 NE Loop 410, Suite 300, San Antonio, TX 78209-1315 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Feb 05 2026 22:45:00 | Bexar County, 112 E Pecan St, Suite 2200, San Antonio, TX 78205 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 07, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy Elizabeth Clark-Downing | on behalf of Debtor Charles Edward Wood II amy@cimentlawfirm.com, cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Amy Elizabeth Clark-Downing | on behalf of Debtor Jennifer Lynn Hanna amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |

20-50037-mmp Doc#78 Filed 02/07/26 Entered 02/07/26 23:25:29 Imaged Certificate of Notice Pg 3 of 3

| District/off: 0542-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: pdfintp | Total Noticed: 5 |

Bradley S Balderrama
    on behalf of Creditor Bexar County Brad.Balderrama@lgbs.com

Hannah Ackley
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hannah.ackley@padgettlawgroup.com
    BKecf@padgettlawgroup.com

Joris Robert Vanhemelrijck
    on behalf of Debtor Charles Edward Wood II jrv@vanlaws.com,
    pear@vanlaws.com;vanlawsecf@gmail.com;igotnoticesvl@gmail.com;r52807@notify.bestcase.com

Joris Robert Vanhemelrijck
    on behalf of Debtor Jennifer Lynn Hanna jrv@vanlaws.com
    pear@vanlaws.com;vanlawsecf@gmail.com;igotnoticesvl@gmail.com;r52807@notify.bestcase.com

Kristin A Zilberstein
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kzilberstein@lha-law.com
    kzilberstein@zbslaw.com;kzilberstein_534@ecf.courtdrive.com

Mary D Vitartas
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mvitartas@raslg.com
    bkecf@padgettlawgroup.com;MVitartas@ecf.courtdrive.com

Mary K Viegelahn, Chapter 13 Trustee
    documents@sach13.com

Mary K Viegelahn, Chapter 13 Trustee
    on behalf of Trustee Mary K Viegelahn Chapter 13 Trustee documents@sach13.com

Toni Townsend
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing toni.townsend@mccalla.com
    mccallaecf@ecf.courtdrive.com

United States Trustee - SA12
    USTPRegion07.SN.ECF@usdoj.gov

William P. Weaver, Jr
    on behalf of Creditor Security Service Federal Credit Union weaverlawecf@yahoo.com

TOTAL: 13