## U.S. Bankruptcy Court
### Western District of Texas

In re:

Case No. 20–50037–mmp

Chapter No. 13

CHARLES EDWARD WOOD, II AND JENNIFER LYNN HANNA
Debtor

Adv. Proc. No. 26–05012–mmp

CHARLES EDWARD WOOD, II
Plaintiff

v.

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING
Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court<br>Western District of Texas<br>615 E. Houston St, Rm 597<br>San Antonio, TX 78205 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Amy Elizabeth Clark–Downing<br>Ciment Law Firm<br>221 Bella Katy Dr.<br>77494–6821<br>Katy, TX 77494–6821 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:
**03/23/2026**

SERVICE RETURN ATTACHED

Robert J. Lawson, Clerk Of Court

*Robert J. Lawson*

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date), which is within 7 days after the summons was issued under Federal Rule of Bankruptcy Procedure 7004(e), by:

❑　Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑　Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑　Residence Service: By leaving the process with the following adult at:

❑　Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑　Publication: The defendant was served as follows: [Describe briefly]

❑　State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____　　Signature _____

Print Name: _____

Business Address: _____

_____

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

## AFFIDAVIT OF SERVICE

### UNITED STATES BANKRUPTCY COURT
### Western District of Texas

Case Number: 5:20-50037-MMP

**IN RE : CHARLES EDWARD WOOD, II
AND JENNIFER LYNN HANNA**

For:
Ciment Law Firm, PLLC
221 Bella Katy Dr
Katy, TX 77494

Received by Justin Rogers on the 24th day of April, 2026 at 1:12 pm to be served on **NewRez LLC dba Shellpoint Mortgage Servicing by serving its registered agent, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Justin Rogers, being duly sworn, depose and say that on the **24th day of April, 2026 at 3:23 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in an Adversary Proceeding with Plaintiff's Original Complaint** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Corporation Service Company**, in person, as the designated agent to accept delivery of process at the address of **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **NewRez LLC dba Shellpoint Mortgage Servicing** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred.  The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 24th
day of ___April___, 2026 by the affiant
who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

**Justin Rogers**
PSC-20023, Exp. 06/30/2027

4/24/26
**Date**

**ATX Process, LLC
1411 W. 6th Street
Austin, TX 78703
(512) 717-5600**

Our Job Serial Number: ATX-2026005097
Ref: CHARLES EDWARD WOOD, II

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a