| Fill in this information to identify the case: |
|---|
| Debtor 1    Charles Edward Wood, II |
| Debtor 2    Jennifer Lynn Hanna |
| United States Bankruptcy Court for the: Western District of Texas |
| Case number :   20-50037-mmp |

Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing    **Court claim no.** (if known):    **7**

**Last 4 digits** of any number you use to identify the debtor's account: **4554**

**Property Address:** 127 Bright Trail
San Antonio, TX 78253

## Part : 2  Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $0.00

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) Is due on: 2025-01-01

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ 0.00

c. **Total**. Add lines a and b.

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    (c) $ **0.00**

| Debtor 1 | Charles Edward Wood, II | | Case number (if known) | 20-50037-mmp |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Hannah Ackley      Date: 12/30/2024
Signature

Print: Hannah Ackley      Title: Authorized Agent for Creditor

Company: Padgett Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 6267 Old Water Oak Road, Suite 203

Tallahassee FL, 32312

Contact phone: (850) 422-2520      Email: plginquiries@padgettlawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In Re;

**Charles Edward Wood, II**
**Jennifer Lynn Hanna**

Case No.: 20-50037-mmp

**Debtor(s)**

Chapter: 13

**CERTIFICATE OF SERVICE**

I, hereby certify that on   1/7/2025  , a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail

Debtor
Charles Edward Wood, II
127 Bright Trail
San Antonio, TX 78253

Co-Debtor
Jennifer Lynn Hanna
127 Bright Trail
San Antonio, TX 78253

By Electronic Mail

Attorney for Debtor
Joris Robert Vanhemelrijck
Vanhemelrijck Law Offices, PC.
2001 NW Military Hwy
Castle Hills, TX 78213
210-804-1529
Fax : 210-598-6359

Trustee
Mary K Viegelahn, Chapter 13 Trustee
10500 Heritage Blvd, Suite 201
San Antonio, TX 78216

/s/ Hannah Ackley